# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2013

147675

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GORDON BENJAMIN WILDING,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147675
COA: 309245
Livingston CC: 10-018981-FH

_____/

      On order of the Court, the application for leave to appeal the July 16, 2013 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the trial court erroneously assessed 15 points each for offense variables 8 (MCL 777.38(1)(a)) and 10 (MCL 777.40(1)(a)). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2013



Clerk

t1126